# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2256
LT Case No. 2020-CF-000177-A

_____

JUAN JOSE RODRIGUEZ,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____


On appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender, and Teresa D. Sutton, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


September 27, 2024


PER CURIAM.

Juan Jose Rodriguez appeals his convictions for three violations of section 800.04(5)(b), Florida Statutes, and his sentence to life in prison with twenty-five-year mandatory minimum provisions on each violation. We affirm, without

discussion, Rodriguez's convictions. It is necessary, however, to remand for the entry of corrected sentences that do not include the twenty-five-year mandatory minimum provisions. *See Leon v. State*, 190 So. 3d 243, 244 (Fla. 5th DCA 2016). Rodriguez's presence is not required for the trial court to make this ministerial correction. *See Prentice v. State*, 319 So. 3d 57, 60–62 (Fla. 4th DCA 2021) (determining that where the record leads to the firm conclusion that the trial court intended to impose a sentence of life in prison instead of a term-of-years sentence for the conviction under section 800.04(5)(b), remand is appropriate for the ministerial act of removing the erroneous inclusion of the twenty-five-year mandatory minimum provision in the life sentence without the defendant's attendance).

AFFIRMED and REMANDED with instructions.


MAKAR, BOATWRIGHT, and KILBANE, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

2